## In re ORINDA INTELLECTUAL PROPERTIES USA HOLDING GROUP, INC.

### No. 2014–1310.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2014.

Craig R. Kaufman, Techknowledge Law Group LPC, of Redwood Shores, California, argued for appellant.

Molly R. Silfen, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, and William LaMarca, Associate Solicitor.

REYNA, WALLACH, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## Boyd Tyrone RUCKER, Petitioner,

### v.

## DEPARTMENT OF THE NAVY, Respondent.

### No. 2013–3127.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2014.

Thomas J. Gagliardo, The Gagliardo Law Firm, Baltimore, MD, for Petitioner.

Phyllis Jo Baunach, Esq., Department of Justice, Washington, DC, for Respondent.

### ON MOTION

### ORDER

Boyd Tyrone Rucker moves to withdraw his petition pursuant to Federal Rule of Appellate Procedure 42(b).*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

---

* Although Mr. Rucker requests that his petition be dismissed with prejudice, the court does not usually designate voluntary dismissals as being with or without prejudice.